```
 1  Leemore Libesman (State Bar No. 221969)
    HOLME ROBERTS & OWEN LLP
 2  777 South Figueroa Street, Suite 2800
    Los Angeles, CA 90017-5826
 3  Telephone:  (213) 572-4300
    Facsimile:  (213) 572-4400
 4
 5  Attorneys for Plaintiffs
    ELEKTRA ENTERTAINMENT GROUP INC.;
 6  UMG RECORDINGS, INC.; SONY BMG MUSIC
    ENTERTAINMENT; and BMG MUSIC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 7/11/06*

| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,, | Case No.: C 06-2716 RMW |
|---|---|
| Plaintiff, | Honorable Ronald M. Whyte |
| v. | *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| ANDY RASNER, | |
| Defendant. | |

Plaintiffs hereby request that this court continue the Case Management Conference scheduled for July 21, 2006 at 10:30 a.m. to September 15, 2006. Plaintiffs filed the Summons and Complaint in this matter on April 21, 2006, and Defendant was served with the Summons and Complaint on June 23, 2006, by substitute service. Defendant has to and through July 13, 2006 to respond to the Complaint. Because Defendant has not yet answered or responded to the Complaint, Plaintiffs have been unable to meet and confer with Defendant pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure. Thus, Plaintiffs respectfully request that the Court continue the Case Management

1

#2300 v1

*EX PARTE* APPLICATION; [PROPOSED] ORDER
Case No. C 06-2716 RMW

Conference to September 15, 2006, to allow the parties sufficient time to meet and confer after Defendant files his responsive pleading. Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons, as follows:

1. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 25, 2006.

2. Parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by August 25, 2006.

3. Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report are due by September 8, 2006.

Dated: July 6, 2006                      HOLME ROBERTS & OWEN LLP

By:    /s/ Leemore Libesman
       Leemore Libesman
       Attorneys for Plaintiffs
       ELEKTRA ENTERTAINMENT GROUP INC.;
       UMG RECORDINGS, INC.; SONY BMG
       MUSIC ENTERTAINMENT; and BMG MUSIC

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for July 21, 2006, is continued to September 15, 2006, at 10:30 a.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 25, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on August 25, 2006. Completion of Initial Disclosures, filing of Case Management Statements and the filing and service of the Rule 26(f) Report are due by September 8, 2006.

Dated:   7/11/06                         By:    /S/ RONALD M. WHYTE
                                                Honorable Ronald M. Whyte
                                                United States District Judge