Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP
INC.; UMG RECORDINGS, INC.; SONY
BMG MUSIC ENTERTAINMENT;
CAPITOL RECORDS, INC.; and BMG
MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br>v.<br><br>ANDY RASNER,<br><br>Defendant. | Case No. C06-02716 RMW-PVT<br><br>Honorable Ronald M. Whyte<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1

Stipulation to Continue Case Management Conference
CASE NO. C06-02716 RMW-PVT
#26779 v1

Plaintiffs, through their counsel, and Defendant, hereby request that this court vacate the Case Management Conference scheduled for December 15, 2006 at 10:30 a.m. On November 17, 2006, the parties appeared before the Court on Plaintiffs' Motion for Default Judgment by the Court. At that hearing, the Court vacated the entry of default against Defendant, and Defendant filed his Answer with the Court. The Court requested that the parties meet to discuss settlement in the case, and set the Case Management Conference for December 15, 2006. The parties have engaged in settlement discussions, and have now settled this matter. The parties in the process of finalizing the settlement documents, and plan to file dispositional documents as soon as the settlement is finalized. Therefore, no case management is necessary at this time.

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and Defendant, that the Case Management Conference currently set for December 15, 2006, at 10:30 a.m. be vacated.

DATED: 12/4/06

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs

DATED: 12/1/06

Andy Rasner

By: _____
In propia persona
Andy Rasner

1

Stipulation to Continue Case Management Conference
Case No. C06-02716 RMW-PVT
#23820 v1

**IT IS SO ORDERED.**

DATED: 12/7/06

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Judge

The Case Management is continued to January 12, 2007 @ 10:30 a.m. If the settlement is final, a dismissal shall be filed by January 8, 2007.        (rmw)